**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7149**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ANTHONY ALLEN QUINN,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:01-cr-00089)

———————————

Submitted:  November 6, 2006        Decided:  November 20, 2006

———————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Anthony Allen Quinn, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Allen Quinn appeals a district court order denying his motion for sentence reduction pursuant to Fed. R. Crim. P. 35(b). We have reviewed the record and the district court opinion and affirm for the reasons cited by the district court. See United States v. Quinn, No. 1:01-cr-00089 (E.D. Va. June 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED